**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **BLACK HILLS MEDIA, LLC**<br>  *Plaintiff,*<br> v.<br>**SAMSUNG ELECTRONICS CO. LTD.,**<br>**SAMSUNG ELECTRONICS AMERICA, INC.**<br>**and**<br>**SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**<br>  *Defendants.* | Civil Action No. 2:13cv379<br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and state the following:

Black Hills Media, LLC is a privately held Delaware limited liability company and a wholly owned subsidiary of Concert Technology Corporation, also a privately held corporation with no parent corporation.

No publicly held corporation owns ten percent (10%) or more of Black Hills Media, LLC stock.

Respectfully Submitted,

/s/ Claire A. Henry
Claire Abernathy Henry
State Bar No. 24053063
T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
WARD & SMITH LAW FIRM
P.O. Box 1231
1127 Judson Road, Ste. 220
Longview, Texas  75606-1231
(903) 757-6400
(903) 757-2323 (fax)
claire@wsfirm.com
jw@wsfirm.com
wh@wsfirm.com

H. Joseph Hameline
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241
JHameline@mintz.com

Howard Wisnia
James Conley
John Giust
Arun Goel
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Tel: 858-314-1500
Fax: 858-314-1501
Hwisnia@mintz.com
JConley@mintz.com
JGiust@mintz.com
agoel@mintz.com

Peter Snell
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
Chrysler Center
666 Third Avenue
 New York, NY 10017
 Tel: 212.935.3000
 Fax: 212.983.3115
PSnell@mintz.com

**ATTORNEYS FOR PLAINTIFF
BLACK HILLS MEDIA, LLC**