**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **BLACK HILLS MEDIA, LLC**<br><br>*Plaintiff,*<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO. LTD.,**<br>**SAMSUNG ELECTRONICS AMERICA, INC.**<br>**and**<br>**SAMSUNG TELECOMMUNICATIONS**<br>**AMERICA, LLC**<br><br>*Defendants.* | Civil Action No. 2:13-cv-379<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO MOVE, ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

(1)   Counsel for Samsung Electronics Co. Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "defendants") agrees to accept service of process for Samsung Electronics Co Ltd. and Samsung Electronics America, Inc.; and

(2)   The time for all defendants to move, answer or otherwise respond to the Complaint is extended until August 8, 2013.

Respectfully Submitted,


/s/ Claire Abernathy Henry
Claire Abernathy Henry
State Bar No. 24053063
T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
WARD & SMITH LAW FIRM
P.O. Box 1231
1127 Judson Road, Ste. 220
Longview, Texas  75606-1231
(903) 757-6400
(903) 757-2323 (fax)
claire@wsfirm.com
jw@wsfirm.com
wh@wsfirm.com

H. Joseph Hameline
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241
JHameline@mintz.com

Howard Wisnia
James Conley
John Giust
Arun Goel
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Tel: 858-314-1500
Fax: 858-314-1501
Hwisnia@mintz.com
JConley@mintz.com
JGiust@mintz.com
agoel@mintz.com

Peter Snell
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
Chrysler Center
666 Third Avenue
 New York, NY 10017
 Tel: 212.935.3000
 Fax: 212.983.3115
PSnell@mintz.com

**ATTORNEYS FOR PLAINTIFF
BLACK HILLS MEDIA, LLC**


/s/ Michael K. Plimack (by permission
Claire Abernathy Henry)
Michael K. Plimack
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111-5356
Tel: (415) 591-7002
Email: mplimack@cov.com

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 30th day of May, 2013.

/s/ Claire Abernathy Henry
Claire Abernathy Henry

**CERTIFICATE OF CONFERENCE**

Pursuant to LR CV-7(i), counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and this Stipulation is agreed to.

/s/ Claire Abernathy Henry
Claire Abernathy Henry