IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **BLACK HILLS MEDIA, LLC**<br><br>*Plaintiff,*<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO. LTD.,**<br>**SAMSUNG ELECTRONICS AMERICA, INC.**<br>**and**<br>**SAMSUNG TELECOMMUNICATIONS**<br>**AMERICA, LLC**<br><br>*Defendants.* | Civil Action No. 2:13-cv-379<br><br>**JURY TRIAL DEMANDED** |

## ORDER

CAME TO BE CONSIDERED the Stipulation extending time for Defendants to move, answer or otherwise respond to Plaintiff's complaint.

After consideration, the Court finds that the Stipulation should be GRANTED. It is therefore ORDERED that the deadline for Defendants to move, answer or otherwise respond to Plaintiff's complaint is extended until and including August 8, 2013.

**So Ordered and Signed on this**

**May 31, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE