**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **BLACK HILLS MEDIA, LLC**<br>*Plaintiff,*<br>**v.**<br><br>**SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**<br>*Defendants.* | **CIVIL ACTION NO. 2:13-cv-379**<br>**JURY TRIAL DEMANDED** |

**BLACK HILLS MEDIA, LLC'S ANSWER TO SAMSUNG'S COUNTERCLAIMS**

Plaintiff Black Hills Media, LLC ("Black Hills") hereby answers the Defendants' Samsung Electronics Co. Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively "Samsung") Counterclaims as follows:

**COUNTERCLAIMS**

1. No response necessary.

**THE PARTIES**

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

## JURISDICTION AND VENUE

6. Black Hills admits that Samsung purports to seek a declaration of non-infringement and that this Court has jurisdiction over the matter; otherwise denied.

7. Black Hills admits that venue is proper in this district and that Black Hills does not contest personal jurisdiction in this matter; other ¶7 is denied.

## GENERAL ALLEGATIONS

8. Admitted.

9. Black Hills admits there is a justifiable controversy as to Samsung's infringement; otherwise ¶9 is denied.

## COUNT ONE
## DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '323 PATENT

10. Black Hills restates and incorporates its answers to paragraphs 1-9 as if set forth herein in full.

11. Denied.

12. Denied.

## COUNT TWO
## DECLARATORY JUDGMENT OF PATENT INVALIDITY OF THE '323 PATENT

13. Black Hills restates and incorporates its answers to paragraphs 1-12 as if set forth herein in full.

14. Denied.

15. Denied.

## COUNT THREE
## DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '873 PATENT

16. Black Hills restates and incorporates its answers to paragraphs 1-15 as if set forth herein in full.

17. Denied.

18. Denied.

**COUNT FOUR**
**DECLARATORY JUDGMENT OF PATENT INVALIDITY OF THE '873 PATENT**

19. Black Hills restates and incorporates its answers to paragraphs 1-18 as if set forth herein in full.

20. Denied.

21. Denied.

**COUNT FIVE**
**DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '099 PATENT**

22. Black Hills restates and incorporates its answers to paragraphs 1-21 as if set forth herein in full.

23. Denied.

24. Denied.

**COUNT SIX**
**DECLARATORY JUDGMENT OF PATENT INVALIDITY OF THE '099 PATENT**

25. Black Hills restates and incorporates its answers to paragraphs 1-24 as if set forth herein in full.

26. Denied.

27. Denied.

**COUNT SEVEN**
**DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '952 PATENT**

28. Black Hills restates and incorporates its answers to paragraphs 1-27 as if set forth herein in full.

29. Denied.

30. Denied.

**COUNT EIGHT**
**DECLARATORY JUDGMENT OF PATENT INVALIDITY OF THE '952 PATENT**

31. Black Hills restates and incorporates its answers to paragraphs 1-30 as if set forth herein in full.

32. Denied.

33. Denied.

**COUNT NINE**
**DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '652 PATENT**

34. Black Hills restates and incorporates its answers to paragraphs 1-33 as if set forth herein in full.

35. Denied.

36. Denied.

**COUNT TEN**
**DECLARATORY JUDGMENT OF PATENT INVALIDITY OF THE '652 PATENT**

37. Black Hills restates and incorporates its answers to paragraphs 1-36 as if set forth herein in full.

38. Denied.

39. Denied.

**COUNT ELEVEN**
**DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '689 PATENT**

40. Black Hills restates and incorporates its answers to paragraphs 1-37 as if set forth herein in full.

41. Denied.

42. Denied.

**COUNT TWELVE**
**DECLARATORY JUDGMENT OF PATENT INVALIDITY OF THE '689 PATENT**

43. Black Hills restates and incorporates its answers to paragraphs 1-42 as if set forth herein in full.

44. Denied.

45. Denied.

**COUNT THIRTEEN**
**DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '082 PATENT**

46. Black Hills restates and incorporates its answers to paragraphs 1-45 as if set forth herein in full.

47. Denied.

48. Denied.

**COUNT FOURTEEN**
**DECLARATORY JUDGMENT OF PATENT INVALIDITY OF THE '082 PATENT**

49. Black Hills restates and incorporates its answers to paragraphs 1-48 as if set forth herein in full.

50. Denied.

51. Denied.

**COUNT FIFTEEN**
**DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '593 PATENT**

52. Black Hills restates and incorporates its answers to paragraphs 1-51 as if set forth herein in full.

53. Denied.

54. Denied.

**COUNT SIXTEEN**
**DECLARATORY JUDGMENT OF PATENT INVALIDITY OF THE '593 PATENT**

55. Black Hills restates and incorporates its answers to paragraphs 1-54 as if set forth herein in full.

56. Denied.

57. Denied.

**COUNT SEVENTEEN**
**DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '686 PATENT**

58. Black Hills restates and incorporates its answers to paragraphs 1-57 as if set forth herein in full.

59. Denied.

60. Denied.

**COUNT EIGHTEEN**
**DECLARATORY JUDGMENT OF PATENT INVALIDITY OF THE '686 PATENT**

61. Black Hills restates and incorporates its answers to paragraphs 1-60 as if set forth herein in full.

62. Denied.

63. Denied.

**SAMSUNG'S REQUEST FOR RELIEF**

Samsung's Request for Relief does not state any factual allegations and, therefore, no response is required. Black Hills denies that Samsung is entitled to any relief

**AFFIRMATIVE DEFENSES**

In further response to the Counterclaims, and without admitting it has the burden of proof of the issues below, Black Hills asserts the following affirmative defenses:

**FIRST AFFIRMATIVE DEFENSE**

**(All Counterclaims)**

Samsung's counterclaims fail to state a cause of action upon which relief can be granted.

Dated: August 29, 2013

Respectfully submitted,

/s/ Howard Wisnia by permission Claire Abernathy Henry

Howard Wisnia
James Conley
John Giust
Arun Goel
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Tel: 858-314-1500
Fax: 858-314-1501
Hwisnia@mintz.com
JConley@mintz.com

JGiust@mintz.com
agoel@mintz.com

Claire Abernathy Henry
State Bar No. 24053063
T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
WARD & SMITH LAW FIRM
P.O. Box 1231
1127 Judson Road, Ste. 220
Longview, Texas 75606-1231
(903) 757-6400
(903) 757-2323 (fax)
claire@wsfirm.com
jw@wsfirm.com
wh@wsfirm.com

H. Joseph Hameline
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241
JHameline@mintz.com

Peter Snell
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
Chrysler Center
666 Third Avenue
New York, NY 10017
Tel: 212.935.3000
Fax: 212.983.3115
PSnell@mintz.com

**ATTORNEYS FOR BLACK HILLS BLACK HILLS MEDIA, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

/s/ Claire Abernathy Henry